# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gravelle, Christine M. | Bankruptcy Court of NJ | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. American AMCAP Class A | A | Dividend | J | T | | | | | |
| 3. American High Income Trust Class A | A | Dividend | J | T | | | | | |
| 4. American New World Fund Class A | A | Dividend | J | T | | | | | |
| 5. American Washington Mutual Invstrs Class A | A | Dividend | J | T | | | | | |
| 6. Apple Inc | A | Dividend | J | T | | | | | |
| 7. AT&T Inc | A | Dividend | J | T | | | | | |
| 8. PNC Deposit Sweep | A | Interest | J | T | | | | | |
| 9. Brokerage Account #2 (H) | | | | | | | | | |
| 10. American Water Works Co | A | Dividend | | | Sold | 03/12/20 | J | D | |
| 11. Honeywell International | A | Dividend | K | T | | | | | |
| 12. Microsoft Corp | A | Dividend | K | T | Sold (part) | 12/07/20 | K | D | |
| 13. Wells Fargo Standard Bank Deposit | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. Brokerage Account IRA (H) | | | | | | | | | |
| 16. Wells Fargo Cash | A | Interest | J | T | | | | | |
| 17. Wells Fargo Expanded Bank Deposit | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Accenture PLC Ireland | B | Dividend | | | Sold | 03/11/20 | K | A | |
| 19. American Express Company | A | Dividend | | | Sold | 04/20/20 | K | A | |
| 20. Apple Inc | A | Dividend | K | T | Sold (part) | 09/03/20 | J | C | |
| 21. Arthur J Gallagher & Co | A | Dividend | | | Sold | 02/20/20 | K | D | |
| 22. Comcast Corp | A | Dividend | | | Sold | 03/11/20 | K | A | |
| 23. Crown Castle International Corp | B | Dividend | K | T | | | | | |
| 24. Docusign Inc | A | Dividend | | | Sold | 06/23/20 | L | E | |
| 25. Dollar General Corp | A | Dividend | K | T | | | | | |
| 26. First American Fin Corp | A | Dividend | | | Sold | 04/20/20 | K | A | |
| 27. Generac Holdings Inc | A | Dividend | L | T | | | | | |
| 28. IDEX Corp | A | Dividend | | | Sold | 03/25/20 | K | A | |
| 29. Lululemon Athletica Inc | A | Dividend | | | Sold | 06/03/20 | K | E | |
| 30. Mid-Amer Apt Communities | A | Dividend | | | Sold | 05/22/20 | K | A | |
| 31. Toro Company | A | Dividend | K | T | | | | | |
| 32. Trade Desk inc | A | Dividend | | | Sold | 03/11/20 | K | | |
| 33. World Fuel Services Corp | A | Dividend | | | Sold | 02/26/20 | K | A | |
| 34. Xylem Inc | A | Dividend | | | Sold | 05/06/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. US Treasury Notes Due 2/29/20 | A | Interest | | | Sold | 03/02/20 | K | A | |
| 36. US Treasury Note Due 5/21/20 | A | Interest | | | Sold | 05/21/20 | K | A | |
| 37. Pepsico Inc | A | Dividend | K | T | Sold (part) | 01/09/20 | K | A | |
| 38. Pacific Premier Bancorp | A | Dividend | | | Sold | 01/29/20 | K | A | |
| 39. OKTA Inc | A | Dividend | | | Sold | 05/21/20 | K | D | |
| 40. Siteone Landscape Supply Inc. | A | Dividend | L | T | Sold (part) | 03/25/20 | K | A | |
| 41. Oracle Corp | A | Dividend | K | T | Buy | 04/08/20 | K | | |
| 42. Draftkings Inc. | A | Dividend | | | Sold | 05/06/20 | K | D | |
| 43. Resmed Inc | A | Dividend | K | T | Buy | 05/12/20 | K | | |
| 44. Vivint Smart Home Inc | A | Dividend | K | T | Buy | 06/15/20 | K | | |
| 45. Insulet Corp | A | Dividend | K | T | Buy | 06/23/20 | K | | |
| 46. JM Smucker Co | A | Dividend | | | Sold | 06/15/20 | K | A | |
| 47. Slack technologies Inc | A | Dividend | | | Sold | 07/06/20 | K | A | |
| 48. Hess Corporation | A | Dividend | | | Sold | 07/10/20 | K | A | |
| 49. Sunrun Inc | A | Dividend | | | Sold | 07/06/20 | K | D | |
| 50. Pool Corp | A | Dividend | K | T | Buy | 07/06/20 | K | | |
| 51. MSA Safety Inc | A | Dividend | K | T | Buy | 07/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Visa Inc | A | Dividend | K | T | Buy | 08/21/20 | K | | |
| 53. | Advanced Micro | A | Dividend | | | Sold | 08/04/20 | K | E | |
| 54. | II-VI Inc | A | Dividend | | | Sold | 08/21/20 | K | A | |
| 55. | Bristol Myers Squibb | A | Dividend | | | Sold | 09/03/20 | K | A | |
| 56. | Badger Meter Inc | A | Dividend | | | Sold | 09/03/20 | K | A | |
| 57. | National beverage Corp | A | Dividend | | | Sold | 09/03/20 | K | D | |
| 58. | Cloudfare Inc | A | Dividend | | | Sold | 09/14/20 | K | A | |
| 59. | Builders Firstsource Inc. | A | Dividend | K | T | Buy | 09/09/20 | K | | |
| 60. | IQVA Holdings | A | Dividend | K | T | Buy | 09/09/20 | K | | |
| 61. | NXP Semiconductors NV | A | Dividend | K | T | Buy | 09/09/20 | K | | |
| 62. | NASDAQ Inc | A | Dividend | | | Sold | 10/01/20 | K | A | |
| 63. | Syneos Health Inc | A | Dividend | | | Sold | 10/01/20 | K | A | |
| 64. | Avery Dennison Corp | A | Dividend | K | T | Buy | 10/01/20 | K | | |
| 65. | Crocs Inc | A | Dividend | | | Sold | 11/02/20 | K | D | |
| 66. | EVO Payments Inc | A | Dividend | | | Sold | 11/06/20 | K | A | |
| 67. | REMAX Holdings Inc | A | Dividend | | | Sold | 11/12/20 | K | A | |
| 68. | Aerovironment Inc | A | Dividend | K | T | Buy | 11/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Automation Inc | A | Dividend | K | T | Buy | 11/06/20 | K | | |
| 70. Vista Outdoor Inc | A | Dividend | | | Sold | 12/11/20 | K | A | |
| 71. Zillow Grp Inc | A | Dividend | K | T | Buy | 12/11/20 | K | | |
| 72. Dell Technologies Inc | A | Dividend | K | T | Buy | 12/15/20 | K | | |
| 73. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine M. Gravelle**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544